# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2014

148407

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

IN RE FORFEITURE OF
APPROXIMATELY 530 POUNDS OF
MARIJUANA ET AL.

_____

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

               SC: 148407
               COA: 314533
               Saginaw CC: 10-900015-CF

DANIEL MARIN,
    Claimant-Appellant,

and

JP MORGAN CHASE BANK N.A.,
    Intervenor-Appellee.

_____/

   On order of the Court, the application for leave to appeal the December 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   May 27, 2014         

p0519                 Clerk